Argued April 23, affirmed April 23, 1971

GREGORY D. MESSER, *Appellant, v.*
CUPP, *Respondent.*

483 P2d 825

*David H. Blunt,* Salem, argued the cause and filed the brief for appellant.

*James L. Carney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.